**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

**MARCUS B. HARRIS,**

        **Plaintiff,**

**v.**                              **Case No. 4:14cv69-MW/CAS**

**JULIE L. JONES, et al.,**

        **Defendants.**

_____/

**ORDER ACCEPTING**
**REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate's Report and
Recommendation, ECF No.33, and has also reviewed *de novo* Plaintiff's objections
to the report and recommendation, ECF No. 36.  Accordingly

IT IS ORDERED:

The report and recommendation is **accepted and adopted**, over Plaintiff's
objections, as this Court's opinion.  Defendants' motion to dismiss, ECF No. 19, is
**GRANTED** for failure to exhaust administrative remedies pursuant to 42 U.S.C.
§ 1997(e) and for failure to state a claim upon which relief may be granted
pursuant to 28 U.S.C. § 1915(e)(2).  All other pending motions are **DENIED as**

**moot**.  The Clerk is directed to note on the docket that this cause is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).  The Clerk shall close the file.

**SO ORDERED on March 11, 2015.**

**s/Mark E. Walker**
**United States District Judge**